## Gilberton Fuels, Inc., to use, *v.* Philadelphia and Reading Coal and Iron Co., Appellant.

Argued April 22, 1941. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

196

198

200

202

*Arthur Littleton,* with him *Penrose Hertzler, Murdoch K. Goodwin* and *Morgan, Lewis & Bockius,* for appellant.

*Harold Evans,* of *MacCoy, Brittain, Evans & Lewis* and *Richard W. Ledwith,* for appellee.

PER CURIAM, May 12, 1941:
The decree is affirmed on the opinion of President Judge FINLETTER of the court below. Costs to be paid by appellant.